**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7224**

BERT V.E. PARKER,

Plaintiff - Appellant,

v.

GEORGE TRENT; DONNA KUROSKI; ASHLEY GINANNI; JOHN DOE, Unknown,

Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.   Irene M. Keeley, District Judge. (1:10-cv-00120-IMK-DJJ)

Submitted:  November 21, 2012      Decided:  December 28, 2012

Before WYNN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bert V.E. Parker, Appellant Pro Se.  Susan Llewellyn Deniker, Sara Ellen Hauptfuehrer, STEPTOE & JOHNSON, PLLC, Bridgeport, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bert V.E. Parker appeals the district court's orders adopting the recommendation of the magistrate judge, dismissing Parker's 42 U.S.C. § 1983 (2006) complaint, and denying Parker's Fed. R. Civ. P. 59(e) motion to amend. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Parker v. Trent, No. 1:10-cv-00120-IMK-DJJ (N.D. W. Va. Jan. 10 & June 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED